UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

                     Plaintiffs,

      -against-

KRAFT MUSIC LTD.,

                     Defendants.

------------------------------------ x

ORDER

21 Civ. 00740 (GBD)

GEORGE B. DANIELS, District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within forty-five (45) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: March 25, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge